

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2015

No. 04-14-00752-CV

**HUMANA INSURANCE COMPANY**,
Appellant

v.

Dolores **MUELLER**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 376765
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellee's Unopposed Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. NO FURTHER EXTENSIONS WILL BE ALLOWED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court